1 | SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
2 | 5150 FAIR OAKS BLVD., SUITE 101
PMB #253
3 | CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
4 | FAX (916) 481-4224

5 | Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SCOTT N. JOHNSON, | ) Case No.: 2:06-cv-0371-MCE-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RE REQUEST FOR EXTENSION OF TIME TO CONDUCT VDRP** |
| Gail Burke, Individually and as Trustee of the Gail Burke Trust; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

///

///

///

///

1

Plaintiff, Scott N. Johnson ("Plaintiff") and Defendant Gail Burke ("Defendant"), by and through their designated counsel of record, hereby agree and stipulate to an extension of time in which to conduct the VDRP hearing to the month of November 2006. Plaintiff is unavailable until this time because of other case matters.

IT IS SO STIPUALTED.

Dated: June 26, 2006

ROBERT C. LORBEER

Attorney At Law

/s/ Robert C. Lorbeer

Robert C. Lorbeer,

Attorney for Defendant Gail Burke and the

Gail Burke Trust

LAW OFFICES OF SCOTT N. JOHNSON

Dated: June 26, 2006

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have through and including November 30, 2006 to conduct the VDRP hearing.

IT IS SO ORDERED.

DATED: July 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE